**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**REESE SMITH FOR JAMES H. TAYLOR,**

    Plaintiff,

v.                                      CASE NO. 3:05-cv-151-J-16HTS

**CSX RAILROAD RETIREMENT BOARD,**

    Defendant.

_____/

**O R D E R**

    Before the Court is a document filed by the *pro se* Plaintiff entitled "Motion of Pleading" (Dkt. 10). It is unclear exactly what relief the Plaintiff is seeking from the Court in this Motion, but it appears to be in the nature of a motion to compel discovery. To the extent it is a motion to compel discovery from the Defendant, it appears premature, as there is no indication that the Plaintiff has attempted to obtain discovery from the Defendant and has been refused discovery. Nor are there any grounds or a memorandum of law supporting a motion to compel. Moreover, there is no indication that the Plaintiff has complied with Local Rule 3.01(g), Rules of the Middle District of Florida.

    Accordingly, the Plaintiff's "Motion of Pleading" (Dkt. 10) is **DENIED.**

    **DONE AND ORDERED** in Chambers at Jacksonville, Florida this 26th day of April, 2005.

JOHN H. MOORE II
United States District Judge

**Copies to:**    Counsel of Record
                   *Pro se* Plaintiff