**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

REESE SMITH for James H. Taylor,

    Plaintiff,

v.                                    Case No.  3:05-cv-151-J-16HTS

C.S.X. RAILROAD TRANSPORTATION,
etc.,

    Defendant.
_____

**O R D E R**

This cause is before the Court on its own motion.  A review of the file raises questions as to the legal relationship between the named plaintiff and James H. Taylor.  To the extent Mr. Smith is attempting to represent Mr. Taylor's interests, he should consult Rule 2.01(a), Local Rules, United States District Court, Middle District of Florida.  *See also* Rules 11, 17, Federal Rules of Civil Procedure.  Accordingly, Mr. Smith shall, within eleven (11) days from the date of this Order, file a notice clarifying his intended role in this litigation.

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of August, 2005.

                                                /s/        Howard T. Snyder
                                          HOWARD T. SNYDER
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
    and *pro se* parties, if any