**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**


REESE SMITH for James H. Taylor,

        Plaintiff,

v.                                            Case No.   3:05-cv-151-J-16HTS

C.S.X. RAILROAD TRANSPORTATION,
etc.,

        Defendant.

_____


<u>**O R D E R**</u>

This cause is before the Court on Mr. Taylor's response to the Court's Order of August 17, 2005.  *See* Responding to Order (Doc. #22; Response); Order (Doc. #20; Order).  In the Order, the named Plaintiff was instructed to "file a notice clarifying his intended role in this litigation."  While it is Mr. Taylor who submitted the Response, the desired clarification has now been provided.

Mr. Taylor makes clear he is the real party in interest and Plaintiff has been acting as his non-attorney representative. While he states "Reese [S]mith is interviewing . . . attorneys for [him] so when the time come[s he] will have an attorney . . . for . . . trial[,]" Response at 2, the rules of this Court do not permit lay representation at any stage of the litigation.  *See also, e.g., McGee v. City of Rochester*, No. 04-CV-6310L, 2004 WL

2491647, at *2 (despite signed power of attorney document, layperson "cannot appear as plaintiffs' representative").   It appears that, for the case to proceed, Mr. Taylor must be substituted as the real party in interest pursuant to Rule 17, Federal Rules of Civil Procedure.   Further, he would need to sign and file all papers on his own behalf, at least until such time as appropriate legal representation may be secured.

In accordance with the foregoing, Mr. Smith and Mr. Taylor should, within ten (10) days from the date of this Order, file a joint motion to substitute Mr. Taylor as Plaintiff.[1]   Failure to do so may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of September, 2005.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED   STATES   MAGISTRATE   JUDGE


Copies to:
Counsel of Record
     and *pro se* parties, if any

-2-

_____

[1] Mr. Taylor is also advised that all intended filings are to be sent to the Clerk's Office and not directly to the judge's chambers.