UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


REESE SMITH for James H. Taylor,

        Plaintiff,

v.                                Case No.  3:05-cv-151-J-16HTS

C.S.X. RAILROAD TRANSPORTATION,
etc.,

        Defendant.
_____

**O R D E R**

This cause is before the Court on the following:

1. Plaintiff Answer and Affirmative Defense (Doc. #24), which is **STRICKEN** as filed in violation of Rule 7, Federal Rules of Civil Procedure.

2. The Joint Motion (Doc. #28), which is not the "joint motion to substitute Mr. Taylor as Plaintiff" contemplated by the Order (Doc. #23; Order Directing Motion) at 2. The Joint Motion is signed only by Mr. Taylor and actually appears intended to be an amended complaint naming both Reese Smith and James H. Taylor as Plaintiffs. Because it is neither a joint motion nor an appropriately amended pleading, the Joint Motion (Doc. #28) is **STRICKEN** without prejudice to a proper motion to substitute the

real party in interest signed by both Mr. Taylor and the current named Plaintiff.

  3. The Motion for Attorney (Doc. #27; Motion), which is **DENIED**. *Cf.* Order (Doc. #18). It is noted Mr. Taylor asserts in the Motion that the Court "is telling [him he] will need an attorney[.]" This is not accurate. The Order Directing Motion indicates that if Mr. Taylor is substituted as Plaintiff "he would need to sign and file all papers on his own behalf, at least until such time as appropriate legal representation may be secured." Order at 2. The Court was attempting to convey that he would either have to proceed *pro se* (represent himself) or obtain appropriate representation. He simply cannot have a nonlawyer represent him.

  **DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of September, 2005.

           /s/   Howard T. Snyder
           HOWARD T. SNYDER
           UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
  and *pro se* parties, if any